# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALEXANDER C. DUPREE

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5211KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the ALJ's decision hereby is REVERSED and REMANDED to the Commissioner for further administrative proceedings in accordance with the findings contained herein.

| | |
|---|---|
|   February 9, 2009 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |