# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ALEXANDER DUPREE,** | Civil No. 3:08- CV-05211 KLS |
| Plaintiff, | |
| vs. | **ORDER FOR EAJA FEES & EXPENSES** |
| **MICHAEL J. ASTRUE, COMMISSIONER** of Social Security, | |
| | NOTE ON MOTION CALENDAR |
| Defendant. | February 27, 2009 *without oral argument* |

## **ORDER**

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney, it is hereby ordered that EAJA attorney's fees of $3,555.35 and expenses of $17.16 and costs of -0-, for a total of $3,572.51 shall be paid to the order of Rosemary B. Schurman for work performed in this case in this Court.

Dated this 2nd day of March, 2009.

Karen L. Strombom
United States Magistrate Judge

Order for EAJA Fees- 3:08 –CV-05211- page 1

| | |
|---|---|
| 1 | Presented by:<br>s/Rosemary B. Schurman<br>Rosemary Schurman, WSBA 11451<br>Attorney for Plaintiff |
| 2 | |
| 3 | |
| 4 | Approved for entry:<br>s/Rosemary B. Schurman(per authorization)<br>Leisa Wolf<br>Special Assistant US Attorney, OGC, SSA<br>Attorney for Defendant |

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff

Approved for entry:
s/Rosemary B. Schurman(per authorization)
Leisa Wolf
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing on February 27, 2009 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brian Kipnis, Assistant U.S. Attorney & Leisa Wolf, Office of General Counsel, SSA.

s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

Order for EAJA Fees- 3:08 –CV-05211- page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**