# United States District Court
WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER SETZER,
           Plaintiff,

     v.

MICHAEL ASTRUE, Commissioner
of Social Security.
           Defendant.

JUDGMENT IN A CIVIL CASE
FOR ATTORNEY FEES

CASE NUMBER: C08-5211KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT:

1) The Court GRANTS plaintiff's motion and authorizes attorney's fees of $6,351.00 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney shall therefore be awarded the sum of $6,351.00.

2) Defendant shall release the fee of $6,351.00 minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman.

    June 29, 2010

BRUCE RIFKIN
Clerk

*s/ Traci Whiteley*
By Traci Whiteley, Deputy Clerk